IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

VS.                        CASE NUMBER: 4:12CR00142-1 JMM

MARK JONES                                                                                  DEFENDANT

## ORDER

BEFORE THE COURT is Defendant's Motion to Modify Conditions of Release (DE #35). The Court placed Defendant on conditions of release on June 4, 2012 (DE #13). Defendant now requests that the Court modify his conditions to remove electronic monitoring and to allow his travel outside of the State of Arkansas to work.

The Defendant avers that he has been on electronic monitoring for approximately three months and that he has complied with all conditions of his release. He now requests removal of the electronic monitoring requirement and allowance to travel across state lines to Tennessee, Oklahoma, Texas, and Louisiana in order to work more frequently as a stand-up comedian and make more income to support his family. He is currently working only part-time as an "intern" with Williams Heating and Air.

While the Court commends Defendant for his compliance with the terms and conditions of release, he is simply doing what the Court expects of all Defendants allowed release prior to trial. The Court likewise commends Defendant's desire to provide more support for his family; however, as the Court recalls from the detention hearing, the evidence in this case was that the Defendant claimed to be in California in part on business at the J

Spot Comedy Club when he was recorded arranging escort drug transports—one of the allegations that led to the current charges. Thus, the Court will not modify Defendant's conditions of release to allow his out-of-state travel. Further, Defendant's trial is currently scheduled for November 23, 2012. The conditions of release do require that he maintain employment, and electronic monitoring does not prevent the Defendant from working more hours or pursuing additional employment. As such, the Court finds no reason to remove electronic monitoring.

IT IS ORDERED that the Motion to Modify Conditions of Release, DE #35, is DENIED.

SO ORDERED this 13th day of August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE