UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                                          No. 4:12CR00142 JMM

MARK ANTHONY JONES and
RANDALL TREMAYN ROBINSON

MOTION TO SUBSTITUTE COUNSEL

Comes the United States of America, by and through Christopher R. Thyer, United States Attorney for the Eastern District of Arkansas, and Karen Whatley, Assistant United States Attorney, and for its motion, states:

The Assistant United States Attorney of record as it pertains to asset forfeiture is Karen Whatley. AUSA Whatley is leaving the U.S. Attorney's Office on September, 21, 2012 to go into private practice. It is respectfully requested that AUSA Cameron C. McCree be substituted as counsel for the United States as it pertains to asset forfeiture.

WHEREFORE, the United States prays that Cameron C. McCree be substituted for Karen Whatley as forfeiture counsel.

                Respectfully submitted,

                CHRISTOPHER R. THYER
                UNITED STATES ATTORNEY

                */s/   Karen Whatley*
                By: KAREN WHATLEY
                Assistant U.S. Attorney
                Bar Number 94132
                Attorney for United States
                U.S. Attorney's Office
                P.O. Box 1229
                Little Rock, AR 72203
                501-340-2600
                karen.whatley@usdoj.gov

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 18, 2012, I electronically filed the foregoing with the Clerk of the Court, which shall send notification of such filing to the attorney of record.

            */s/  Karen Whatley*
            KAREN WHATLEY