IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

V.                    NO: 12-CR-00142 JMM-1

MARK ANTHONY JONES                                            DEFENDANT

MOTION TO BE RELIEVED

Comes now the defendant, Mark Anthony Jones, by and through his attorney, Ronald L. Davis, Jr., and for his motion to continue, and states:

1. That the Defendant has indicated that is no longer desires counsel to represent him in this matter.

2. That the Defendant has co-counsel in this matter, namely, Patrick Benca.

WHEREFORE, defendant prays that Ronald L. Davis, Jr. Be relieved as counsel.

Respectfully submitted,

Ronald L. Davis, Jr. Law Firm, PLLC
P.O. Box 3432
Little Rock, AR 72203
(501)376-2078

By:/s/ Ronald L. Davis, Jr.
　　　Ronald L. Davis, Jr.

## CERTIFICATE OF SERVICE

    I, Ronald L. Davis, Jr., do hereby attest that a copy of the foregoing has been served electronically to all counsels of record herein on this 28th day of September, 2012.

                                                    /s/ Ronald L. Davis, Jr.