IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                        PLAINTIFF

v.                          No.   4:12CR00142 JMM

MARK JONES                                                                       DEFENDANT

MOTION TO MODIFY CONDITIONS OF RELEASE

In support, Defendant states:

1. This matter is currently set for trial on March 18, 2013 .

2. Mr. Jones is currently out on Conditions of Release. One of those conditions require that he be on a electronic monitoring. He has been on electronic monitoring since he was released with conditions. According to Jones, he has complied with all conditions of release. We are requesting that his pretrial services officer, Mr. Washington, be granted the discretion to adjust his curfew as it relates to his employment. I have discussed this with Anne Gardner AUSA and she has no objections to this request.

WHEREFORE, premises considered, Defendant prays that this motion be granted.

Respectfully submitted,

/s/ Patrick J. Benca
PATRICK J. BENCA
 Ark Bar No. 99020
1311 Broadway
Little Rock, AR 72202
(501)371-9131 / fax: (501)378-0888
E-mail: PJBenca@aol.com
  *Attorney for Defendant*

CERTIFICATE OF SERVICE

    I, Patrick J. Benca, certify that the foregoing was filed using the CM/ECF System, which will cause Anne Garnder, AUSA, to be served on November 21, 2012.

                                                 /s/Patrick J. Benca
                                               PATRICK J. BENCA