IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                                                          NO. 4:12CR00142 -001 JMM

MARK ANTHONY JONES

## GOVERNMENT'S OBJECTIONS TO PRESENTENCE REPORT

Comes now the United States of America by and through its counsel Christopher R. Thyer, United States Attorney for the Eastern District of Arkansas and Patrick C. Harris, First Assistant United States Attorney and Anne G. Gardner, Assistant United States Attorney for said District and for its objections states:

The United States notes in paragraph 53 that the Defendant is seeking to be sentenced in the Bureau of Prisons Residential Drug Abuse Program.

The United States objects to the Defendant receiving this benefit in his sentencing as the Defendant does not use drugs.  In fact, on one tape to the cooperating source, the Defendant stated he does not use drugs.  The United States does not object to this portion of the Presentence Report, we just want the Court to know that the United States objects to any reduced sentence because of the Defendant's purported drug abuse.

The United States has no other objections to the Presentence Report, but does note that the Defendant did not turn in his financial information to Probation and should receive a mandatory fine.

        Respectfully submitted,

        CHRISTOPHER R. THYER
        United States Attorney

        */s/ PATRICK C. HARRIS*

        By PATRICK C. HARRIS (Bar No. 85069)
        First Assistant U. S. Attorney
        ANNE E. GARDNER (Bar No. 41461)
        Assistant United States Attorney
        P. O. Box 1229
        Little Rock, Arkansas 72203
        501-340-2600
        pat.harris@usdoj.gov
        anne.gardner2@usdoj.gov

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing has been electronically filed this 4th day of September, 2013 using the CM/ECF filing system which will forward a copy to Patrick Benca, Attorney at Law.

        */s/ PATRICK C. HARRIS*