IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                              No. 4:12CR00142 JMM

MARK JONES                                                            DEFENDANT

### MARK JONES OBJECSTIONS TO THE PRE-SENTENCE REPORT

**COMES NOW**, Defendant, Mark Jones, by and through his attorney, Charles D. Hancock, and for his Objections to the pre-sentence report states as follows:

1. Mark Jones denies that he has ever gone by the alias "Training Day" or "Money Mark" as indicated on page 2 of the pre-sentence report.

2. In paragraph five of the pre-sentence report – the government contends Mr. Jones was not truthful about his involvement – Mr. Jones asserts that he was truthful about his involvement and he has taken responsibility for his actions and should receive the reduction for acceptance.

3. In paragraph twenty-seven of the pre-sentence report – the government contends Mr. Jones was not truthful about his involvement – Mr. Jones asserts that he was truthful about his involvement and he has taken responsibility for his actions and should receive the reduction for acceptance.

4. Mr. Jones objects to paragraph thirty-six of the pre-sentence report; Mr. Jones asserts he has taken responsibility for his actions and should receive a three point reduction of the base offense level.

5. Mr. Jones objects to the characterization of his faith as outlined in paragraph forty-five of the pre-sentence report.

6.  Mr. Jones objects to paragraph sixty-two of the pre-sentence report, in as much as it purports to establish the correct BOL and USSG range.

**WHEREFORE**, Defendant, by and through counsel, Charles D. Hancock, respectfully submits the foregoing as his objections to the pre-sentence report.

Respectfully submitted,

/S/ CHARLES D. HANCOCK
CHARLES D. HANCOCK
Ark. Bar No.: 2001022
610 East 6th Street
Little Rock, Arkansas 72202
(501) 372-6400 phone
(501) 372-6401 facsimile
hancock@hancocklawfirm.com
***Attorney for Defendant***

2

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was electronically served via e-mail and the CM/ECF system on the following this 18th day of October 2013:

Anne Gardner
Pat Harris
Patrick Benca

/s/Charles D. Hancock
Charles D. Hancock
