# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

v.                        **CASE NO. 4:12CR00142-01 BSM**

**MARK JONES**                                                               **DEFENDANT**

## ORDER

Defendant Mark Jones moves to amend his presentence report to reflect that he admits prior drug use. *See* Doc. No. 229. Other than Jones's untimely statements, nothing discovered before, during, or after trial indicates that he has ever had problems with drug abuse. Consequently, the motion is denied.

IT IS SO ORDERED this 14th day of August 2015.

*[signature: Brian S. Miller]*

UNITED STATES DISTRICT JUDGE